THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM C. MOORE, Respondent.

(Argued March 17, 1886; decided November 23, 1886.)

*John Van Voorhis* for motion.

*W. H. Adams* opposed.

Motion to dismiss appeal granted ; no opinion.
All concur.
Appeal dismissed.

---

ANNA M. HOLCOMBE, as Executrix, etc., Appellant, *v.* KNEELAND J. MUNSON et al., Respondents.

(Argued October 25, 1886; decided November 30, 1886.)

THIS case is not reported for the reason that a majority of the court did not concur in the opinion.

*James Lansing* for appellant.

*Esek Cowen* for respondent.

RUGER, Ch. J., reads for affirmance ; MILLER and FINCH, JJ., concur ; RAPALLO, J., concurs in result ; EARL and DANFORTH, JJ., dissent, and ANDREWS, J., does not vote.
Judgment affirmed.